# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN THE INTEREST OF: C.O. | : No. 203 MAL 2014 |
| | : |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| | : |
| PETITION OF: COMMONWEALTH OF PENNSYLVANIA | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.